JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ABDI MOHAMMED UMAR, | Case No. 5:22-cv-00427-FWS-ADS |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| T. JUSTINO, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed with prejudice.

DATED: January 23, 2023

_____
HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE